UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | ) Case No.: 2:22-cv-00107-WBS-AC |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| VITALIGENT - NORCAL, LLC, a Delaware Limited Liability Company, | ) |
| Defendants. | ) |

## **ORDER**

The parties shall file a Joint Stipulation for Dismissal no later than May 9, 2022, or a Joint Status Report by that date if settlement has not been finalized. The Scheduling Conference currently set for **May 23, 2022 at 1:30 p.m.** shall remain pending submission of the stipulated dismissal.

**IT IS SO ORDERED.**

**Dated: February 23, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Notice of Settlement               -1-               2:22-cv-00107-WBS-AC